# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF NEW YORK

JOSEPH B. MISTRETT
*FEDERAL DEFENDER*
joseph_mistrett@fd.org

ROBERT G. SMITH
*ASSISTANT DEFENDER*
robert_smith@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 450
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

*REPLY TO: ROCHESTER*

May 17, 2006

Via Facsimile

Honorable Michael A. Telesca
United States District Judge
2720 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: United States v. Anthony White, 05-CR-6096-T

Dear Judge Telesca:

I received a Report and Recommendation from Magistrate Judge Payson on May 16, 2006. The Report and Recommendation concluded that the defense suppression motions should be denied. I have until May 18, 2006 to file defense objections and I request an additional 30 days because I received a new plea agreement from the U.S. Attorney's Office that may resolve the case. I have discussed this request with Melanie Babb from the U.S. Attorney's Office and she has no objection.

Please consider this letter my application to continue the tolling of the speedy trial clock.

Respectfully submitted,

Robert G. Smith
Assistant Federal Defender

RGS:dmp
cc: Melanie Babb, AUSA (via facsimile)

Objections shall be filed no later than June 19, 2006.

SO ORDERED.

S/MICHAEL A. TELESCA
Michael A. Telesca, U.S.D.J.

Dated: 5/17/06